# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Jermica Mishawn Everett, Debtor        Case No. 24-50259-KMS
                                                CHAPTER 13

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: February 26, 2026        Signature:    /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jermica Mishawn Everett, Debtor               Case No. 24-50259-KMS
                                                                                    CHAPTER 13

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 02/28/2024.
2. Debtor is paying approximately 13% to General Unsecured Debts through the plan.
3. Debtor has filed a Motion to Modify to surrender the 2005 Dodge Durango due to mechanical issues (Dk # 49).
4. Debtor wishes to borrow up to $35,000.00 to purchase a vehicle with a monthly payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on February 26, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JERMICA MISHAWN EVERETT | CASE NO: 24-50259<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 2/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JERMICA MISHAWN EVERETT | CASE NO: 24-50259<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/26/2026, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/26/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-50259<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 26 12-19-17 PST 2026 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | AARONS<br>907 MISSISSIPPI DR<br>WAYNESBORO MS 39367-2439 |
| BABERS LEASING<br>423 AZALEA DR<br>WAYNESBORO MS 39367-2624 | COMMUNITY CHOICE<br>11231 OLD HWY 63 S<br>STE B<br>LUCEDALE MS 39452-4941 | COMMUNITY CHOICE FINANCIAL<br>15 BULL STREET SUITE 200<br>SAVANNAH GA 31401-2686 |
| CREDIT COLLECTION<br>ATTN BANKRUPTCY<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | FRANKLIN SERVICE INC<br>PO BOX 3910<br>TUPELO MS 38803-3910 | HEARTLAND CAPITAL INVE<br>1104 PARIS RD<br>STE 201<br>MAYFIELD KY 42066-3328 |
| (P)HEARTLAND CAPITAL INVESTMENTS LLC<br>ATTN CHANDRA FULK<br>PO BOX 409<br>MAYFIELD KY 42066-0030 | NETWORK SERVICES INC<br>ATTN BANKRUPTCY<br>PO BOX 1725<br>HATTIESBURG MS 39403-1725 | NUWAY AUTO<br>MATT BARRETT<br>12083 US 49<br>GULFPORT MS 39503-3171 |
| ~~EXCLUDE~~ | ~~EXCLUDE~~ | DEBTOR |
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JERMICA MISHAWN EVERETT<br>108 ROB MCCLENDON RD<br>STATE LINE MS 39362 |
| ~~EXCLUDE~~ | | |
| ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | | |