

12083 Highway 49
Gulfport, MS 39503

Written request to stop Motion to incur New Debt
Date: 3/4/26
Re: Case# 24-50259-KMS

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 0 6 2026

DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

To whom it may concern:

Nu-Way auto respectfully objects to Jermica Everett incurring new debt to Buy an auto as she already has an auto leased with Nu-way. She has a 2016 Nissan Altima, vin# 1N4AL3AP3GN346183 in her name. So we don't see the need for her to have another auto in her name especially if she is in a financial situation or I would assume she wouldn't need to be in bankruptcy. We feel this could put more of a financial hardship on her and cause our payments to become delinquent.