**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    JERMICA MISHAWN EVERETT                                                              CASE NO. 24-50259-KMS

              DEBTOR.                                                                                         CHAPTER 13

To:    Nu-Way   Auto
        12083 Highway 49
        Gulfport, MS 39503

**Notice of Deficiency**

**Notice is hereby given** that the *Written Request to Stop Motion To Incur New Debt (*the "Objection") (Dkt. # 52), filed on March 6, 2026, by Nu-Way Auto (the "Creditor"), is defective for the following reasons:

1. The Creditor did not sign the Objection.  *See* Federal Rule Bankr. P. 9011(a)(1).

2. The Creditor did not provide a Certificate of Service. *See* Miss. Bankr. L.R. 9004-1(c). *(The Certificate must specify the method of service and identify all parties served with the Objection)*.

**Therefore,** you must file an Amended Objection with an original (wet) signature and a Certificate of Service **on or before March 20, 2026.** Failure to comply with this notice may result in the scheduling of a Show Cause Hearing or an order striking the Objection without further notice.

Dated:  March 6, 2025                                    Danny L. Miller, Clerk of Court
                                                                     Dan M. Russell, Jr. U. S. Courthouse
                                                                     2012 15th Street, Suite 244
                                                                     Gulfport, MS 39501
                                                                     228-563-1790