United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-50259-KMS |
| Jermica Mishawn Everett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Nu-Way Auto, 12083 Highway 49, Gulfport, MS 39503-3171 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jermica Mishawn Everett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    JERMICA MISHAWN EVERETT                    CASE NO. 24-50259-KMS

    DEBTOR.                                                                  CHAPTER 13

**To:**  Nu-Way  Auto
       12083 Highway 49
       Gulfport, MS 39503

### Notice of Deficiency

**Notice is hereby given** that the *Written Request to Stop Motion To Incur New Debt (*the "Objection") (Dkt. # 52), filed on March 6, 2026, by Nu-Way Auto (the "Creditor"), is defective for the following reasons:

1. The Creditor did not sign the Objection. *See* Federal Rule Bankr. P. 9011(a)(1).

2. The Creditor did not provide a Certificate of Service. *See* Miss. Bankr. L.R. 9004-1(c). *(The Certificate must specify the method of service and identify all parties served with the Objection).*

**Therefore,** you must file an Amended Objection with an original (wet) signature and a Certificate of Service **on or before March 20, 2026**. Failure to comply with this notice may result in the scheduling of a Show Cause Hearing or an order striking the Objection without further notice.

Dated:  March 6, 2025                          Danny L. Miller, Clerk of Court
                                                          Dan M. Russell, Jr. U. S. Courthouse
                                                          2012 15th Street, Suite 244
                                                          Gulfport, MS 39501
                                                          228-563-1790