___



      **SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 9, 2026**

___

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    JERMICA MISHAWN EVERETT                    CASE NO. 24-50259 KMS

    DEBTOR .                                                           CHAPTER 13

**Nu-Way Auto**
**12083 Highway 49**
**Gulfport, MS 39503**

## ORDER TO SHOW CAUSE

You are hereby ordered to appear on March 19, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi, to show cause why the Objection to Motion to Incur New Debt filed by Nu-Way Auto (Dkt. #52) should not be stricken pursuant to 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011 for failure to be signed by an attorney of record.

It is well-established law in the Fifth Circuit that "corporations and partnerships, by their very nature, are unable to represent themselves and the consistent interpretation of § 1654 is that the only proper representative of a corporation or a partnership is a licensed attorney, not an unlicensed layman regardless of how close his association with the partnership or corporation." *See* Southwest Express, Co. v. Interstate Commerce Comm'n, 670 F.2d 53 (5th Cir. 1982)(citing the line of cases holding so). In order to avoid having your pleading or other written response stricken and not considered by the Court,

you must hire an attorney to amend the pleading or other written response in accordance with the applicable rules on behalf of the responding entity.

##END OF ORDER##