# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50259          **Case Name:** Jermica Mishawn Everett

**Set:** 03/19/2026 10:30 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Order to Appear and Show Cause as to why the Objection to Motion to Incur New Debt filed by Nu-Way Auto should not be stricken for failure to be signed by an attorney of record. (RE: related document(s)52 Objection filed by Creditor Nu-Way Auto). (Show Cause Order Dkt. #55)

---

Minute Entry Re: (related document(s): [55] Order to Show Cause why objection to Motion to Incur New Debt by Nu-Way Auto should not be stricken for failure to be signed by attorney of record) Appearances: Jennifer Calvillo. Motion will be stricken. Tickle for date: 03/26/2026. (cwe)