# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50259          **Case Name:**   Jermica Mishawn Everett

**Set:**  03/19/2026 10:30 am   **Chapter:**  13   **Type:**  bk     **Judge**   Katharine M. Samson

**matter**   Order to Appear and Show Cause as to why the Objection to Motion to Incur New Debt filed by Nu-Way Auto should not be stricken for failure to be signed by an attorney of record. (RE: related document(s)52 Objection filed by Creditor Nu-Way Auto). (Show Cause Order Dkt. #55)

---

Amended Minute Entry Re: (related document(s): [55] Order to Show Cause why objection to Motion to Incur New Debt by Nu-Way Auto should not be stricken for failure to be signed by attorney of record) Appearances: Jennifer Calvillo. Objection will be stricken. Tickle for date: 03/26/2026. (cwe)