United States Bankruptcy Court

Southern District of Mississippi

In re:            Case No. 24-50259-KMS

Jermica Mishawn Everett            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: mssbad          Page 1 of 1

Date Rcvd: Mar 24, 2026          Form ID: pdf012          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jermica Mishawn Everett, 108 Rob McClendon Rd, State Line, MS 39362 |
| cr | + | Nu-Way Auto, 12083 Highway 49, Gulfport, MS 39503-3171 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jermica Mishawn Everett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  JERMICA MISHAWN EVERETT                    CASE NO. 24-50259-KMS

DEBTOR                                                          CHAPTER 13

## ORDER STRIKING OBJECTION OF NU-WAY AUTO

**THIS MATTER** came on for hearing on March 19, 2026, on the Order to Show Cause (Dkt. No. 55) directing that Nu-Way Auto appear at the Hearing to show cause why the Objection to Motion to Incur New Debt (Dkt. No. 52) should not be stricken pursuant to 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011 for failure to be signed by an attorney of record. No one appeared at the hearing on behalf of Nu-Way Auto.

A corporation may not represent itself and may be represented only by licensed counsel. *See Rowland v. Cal. Men's Colony,* 506 U.S. 194, 202 (1993); *Memon Corp. v. Allied Domecq QSR,* 385 F.3d 871, 873 (5th Cir. 2004); *Sw. Exp. Co., Inc., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also* Miss. Bankr. L.R. 9010-1(b)(2)(C). Having considered the matter, the Court finds that the Objection should be stricken.

**IT IS, THEREFORE, ORDERED** that the Objection to Motion to Incur New Debt filed by Nu-Way Auto is hereby stricken.

*##END OF ORDER##*

Page **1** of **1**